IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| ALIVIA L. GREENFIELD and JOSHUA GREENFIELD | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. Civil Case No: 17-cv 50206 |
| THE MONROE CLINIC, INC., a corporation, and JOSEPH EHLE, M.D. | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF DISMISAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

The Plaintiffs, ALIVIA L. GREENFIELD and JOSHUA GREENFIELD, by the Notice, hereby dismiss their action herein pursuant to F.R.C.P. 41 (a)(1)(A)(i) without prejudice prior to the filing of an answer or motion for summary judgment by either Defendant herein.

                ALIVIA L. GREENFIELD and JOSHUA GREENFIELD,
                Plaintiffs,

                BY: Barrett Law Firm, P.C.

                By: _S/ Gregory E. Barrett_
                        One of their Attorneys

Gregory E. Barrett
BARRETT LAW FIRM, P.C.
1645 Temple Lane
Rockford, IL 61112-1045
gbarrett@barrettandgilbert.com
815-322-9600